

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**THADDEUS MOORE**                                                                                      SAG-24-361

**PLAINTIFF**

**SUBBA REDDY**

**DEFENDANT**

MOTION TO ADD THE CHARGES OF CONVERSION and FRAUD

**NOW COMES THADDEUS MOORE pro se plaintiff who requests to add the charges of:**

26 U.S.C 1033 INVOLUNTARY CONVERSIONS (1) CONVERSION INTO SIMILAR PROPERTY
Into property similar or related in service or use to the property so converted.

18 U.S.C 1341 FRAUDS AND SWINDLES : Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations or promises, or to sell, dispose of, loan, exchange, alter, giveaway, distribute supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in

connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C.5122)) , OR AFFECTS A FINANCIAL INSTITUTION, such a person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

Wherefore Plaintiff requests that the aforementioned charges be added to this case.

Respectfully Submitted

Thaddeus Moore
Pro Se Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THADDEUS MOORE                *

                              *

v.                            *     Case No. SAG-24-361

SUBBA REDDY                   *

                              *

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, a copy of MOTION TO ADD CHARGES OF CONVERSION AND FRAUD which was electronically filed in this case on _____, was mailed via first class mail, postage prepaid, to SUBBA REDDY C/O ABRAHAM HURDLE ESQ. DAVE MICHALSKI C/O ROBERT GITTINS ESQ.

April 25, 2024
Date

[Signature]
Signature

THADDEUS MOORE
Printed Name and Bar Number

10069 GUILFORD RD. JESSUP MD 20794
Address

thaddeusm090@gmail.com
Email Address

(301) 642-6938
Telephone Number

(240) 524-3938
Fax Number

CertificateofService (06/2016)